# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OZZIE BOYD MURILLO,<br><br>　　　　Defendant. | 2:13-CR- 3 9 7<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>OZZIE BOYD MURILLO |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **OZZIE BOYD MURILLO**, #2723056, before the United States Magistrate Judge at Las Vegas, Nevada, on or about I/A&A/P Thurs 11/7/13 3:00 PM Presiding Judge 3C , 2013, at the hour of 3:00 P.M., for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED: October 29, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         OCT 29 2013

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  PHILLIP N. SMITH, JR.
   Assistant United States Attorney
3  333 Las Vegas Blvd., S., Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR- 397 |
| Plaintiff, | ) | |
| vs. | ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR OZZIE BOYD MURILLO |
| OZZIE BOYD MURILLO, | ) | |
| Defendant. | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **OZZIE BOYD MURILLO**, #2723056, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **OZZIE BOYD MURILLO** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **OZZIE BOYD MURILLO** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on _I/A&A/P Thurs 11/7/13_ , 2013, at 1 _3:00 PM Presiding Judge 3C_ r Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **OZZIE BOYD MURILLO** before the United States Magistrate Judge on or about _____ I/A&A/P Thurs 11/7/13 3:00 PM Presiding Judge 3C _____, 2013, at the hour of _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **OZZIE BOYD MURILLO** before the United States District Court on or about _____ I/A&A/P Thurs 11/7/13 _____, 2013, at the hour 3:00 PM Presiding Judge 3C and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED** this ___29th___ day of October, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith, Jr.*

PHILLIP N. SMITH, JR.
Assistant United States Attorney